DANIEL P. COLLINS (Cal. Bar # 139164)
daniel.collins@mto.com
MANUEL F. CACHAN (Cal. Bar # 216987)
manuel.cachan@mto.com
GABRIEL P. SANCHEZ (Cal. Bar # 241367)
gabriel.sanchez@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, Ca 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ERNEST J. GETTO (Cal. Bar # 55662)
ernie.getto@lw.com
MICHAEL G. ROMEY (Cal. Bar # 137993)
michael.romey@lw.com
KIRK A. WILKINSON (Cal. Bar # 128367)
kirk.wilkinson@lw.com
LATHAM & WATKINS LLP
633 W. Fifth St., Ste. 4000
Los Angeles, CA 90071-2007
Telephone: (213) 891-8234
Facsimile: (213) 894-8763

Attorneys For Defendants
OCCIDENTAL PETROLEUM CORPORATION
and OCCIDENTAL PERUANA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS MAYNAS CARIJANO, *et al.*, | CASE NO. CV 07-5068 PSG (PJWx) |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| vs. | Honorable Philip S. Gutierrez |
| OCCIDENTAL PETROLEUM CORPORATION; OCCIDENTAL PERUANA, INC., | |
| Defendants. | |

1   For the reasons stated in this Court's April 15, 2008 Order, IT IS
2   ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED
3   without prejudice to Plaintiffs' right to proceed on this matter in the appropriate
4   Peruvian courts and without prejudice to Plaintiffs' right to refile this action in this
5   Court in the event that Defendants do not consent to personal jurisdiction in this
6   matter in the appropriate Peruvian courts or in the event that the Peruvian courts
7   decline to assert personal jurisdiction over Defendants.
8   The parties shall bear their own costs.
9   IT IS SO ORDERED.
10  DATED: ~~May __, 2008~~

11
12                                              _____
                                                Hon. Philip S. Gutierrez
                                                United States District Judge
13  Presented by:
14  MUNGER, TOLLES & OLSON LLP
    LATHAM & WATKINS LLP
15
16  By:   */s/ Daniel P. Collins*
                Daniel P. Collins
17
    Attorneys for Defendants
18  OCCIDENTAL PETROLEUM CORPORATION
    and OCCIDENTAL PERUANA, INC.
19
20
21
22
23
24
25
26
27
28