1  MICHAEL G. ROMEY (Cal. Bar # 137993)
   michael.romey@lw.com
2  KIRK A. WILKINSON (Cal. Bar # 128367)
   kirk.wilkinson@lw.com
3  LATHAM & WATKINS LLP
   355 South Grand Avenue, 2d Floor
4  Los Angeles, CA  90071-1560
   Telephone:  (213) 891-8234
5  Facsimile:  (213) 894-8763

6  DANIEL P. COLLINS (Cal. Bar # 139164)
   daniel.collins@mto.com
7  DAVID C. LACHMAN (Cal. Bar # 261711)
   david.lachman@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 South Grand Ave., 35th Floor
9  Los Angeles, Ca  90071-1560
   Telephone:  (213) 683-9100
10 Facsimile:   (213) 687-3702

11 Attorneys For Defendants
   OCCIDENTAL PETROLEUM CORPORATION
12 and OCCIDENTAL PERUANA, INC.

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  TOMAS MAYNAS CARIJANO, *et al.*, | CASE NO. CV 07-5068 PSG (PJWx) |
| 16  | **EX PARTE APPLICATION OF DEFENDANTS OCCIDENTAL PETROLEUM CORPORATION AND OCCIDENTAL PERUANA, INC. FOR AN ORDER ALLOWING LATHAM & WATKINS LLP TO WITHDRAW AS CO-COUNSEL; DECLARATION OF MICHAEL G. ROMEY** |
| 17              Plaintiffs, | |
| 18       vs. | |
| 19  OCCIDENTAL PETROLEUM CORPORATION; OCCIDENTAL PERUANA, INC., | |
| 20  | |
| 21            Defendants. | **[Proposed Order lodged separately]** |
| 22  | Honorable Philip S. Gutierrez |

Pursuant to Local Rule 83-2.9.2, Defendants Occidental Petroleum Corporation and Occidental Peruana, Inc. ("Defendants") respectfully apply to this Court for an order allowing Latham & Watkins LLP ("L&W") to withdraw as co-counsel in the above referenced action.

Defendants, who have been represented by more than one firm throughout these proceedings, have determined to proceed at this time with one only one firm as counsel of record in this matter. *See* Declaration of Michael G. Romey, ¶ 2. Accordingly, Defendants have authorized L&W and the individual current and former attorneys from L&W who have entered appearances in this matter to withdraw as counsel for Defendants. *Id.* Defendants will continue to remain represented by Munger, Tolles & Olson LLP in this matter, *id.*, and granting this application will thus not leave a corporate party unrepresented by counsel. *Cf.* Local R. 83-2.10 (corporations may not appear pro se); Local R. 9.2.3 (withdrawal cannot ultimately leave a corporation unrepresented). Granting this application also will not cause any delay in the proceedings and will not cause any prejudice to Plaintiffs. Declaration of Michael G. Romey, ¶ 3. *Cf.* Local R. 83-2.9.2.4 (absent good cause, withdrawal that would cause delay will not be approved). Defendants provided notice of the date and substance of this application to Plaintiffs' counsel, who indicated that they do not oppose this application. Declaration of Michael G. Romey, ¶ 4.

Accordingly, the Court should enter an order allowing Latham & Watkins LLP, and the individual attorneys from that firm who have appeared in this matter, to withdraw as co-counsel for Defendants.

DATE: May 24, 2013

Respectfully submitted,

LATHAM & WATKINS LLP
By: _/s/ Michael G. Romey_
    Michael G. Romey
Co-counsel for Defendants/Appellees/
Cross-Appellants Occidental Petroleum
Corporation and Occidental Peruana, Inc.

## DECLARATION OF MICHAEL G. ROMEY

I, Michael G. Romey, do hereby declare as follows:

1. I am a member of the law firm of Latham & Watkins LLP, which firm is presently co-counsel of record for Defendants Occidental Petroleum Corporation and Occidental Peruana, Inc. ("Defendants") in *Carijano, et al. v. Occidental Petroleum Corp., et al.*, No. CV 07-5068 PSG (PJWx). I am a member in good standing of the bar of this Court. I submit this declaration in support of the "Ex Parte Application of Defendants Occidental Petroleum Corporation and Occidental Peruana, Inc. for an Order Allowing Latham & Watkins LLP to Withdraw as Co-Counsel." The matters set forth herein are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2. Defendants have been represented by more than one firm throughout these proceedings, both in this Court and in the Ninth Circuit. Defendants have determined to proceed at this time with one only one firm as counsel of record in this matter, and Defendants have therefore authorized Latham & Watkins LLP, and the individual attorneys from that firm who have entered appearances in this matter, to withdraw as counsel for Defendants. Defendants will continue to remain represented by Munger, Tolles & Olson LLP in this matter.

3. Granting this application will not cause any delay in the proceedings and will not cause any prejudice to Plaintiffs.

4. Defendants provided notice of the date and substance of the proposed ex parte application to Marco Simons, one of Plaintiffs' counsel in this matter, by

/ / /

/ / /

/ / /

/ / /

///

email on May 23, 2013, and Plaintiffs' counsel indicated by reply email on May 23, 2013 that Plaintiffs do not oppose this application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, on May 24, 2013

By:  /s/ *Michael G. Romey*
     Michael G. Romey