1  DANIELLE L. GILMORE (Cal. Bar # 171457)
   daniellegilmore@quinnemanuel.com
2  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   865 South Figueroa Street, 10th Floor
3  Los Angeles, CA 90017
   Telephone: (213) 443-3000
4  Facsimile: (213) 443-3100

5  DANIEL P. COLLINS (Cal. Bar # 139164)
   daniel.collins@mto.com
6  DAVID C. LACHMAN (Cal. Bar # 261711)
   david.lachman@mto.com
7  MUNGER, TOLLES & OLSON LLP
   355 South Grand Ave., 35th Floor
8  Los Angeles, Ca 90071-1560
   Telephone: (213) 683-9100
9  Facsimile: (213) 687-3702

10 Attorneys For Defendants
   OCCIDENTAL PETROLEUM CORPORATION
11 and OCCIDENTAL PERUANA, INC.

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  TOMAS MAYNAS CARIJANO, *et al.*,<br>15<br>16       Plaintiffs,<br>17  vs.<br>18  OCCIDENTAL PETROLEUM CORPORATION; OCCIDENTAL PERUANA, INC.,<br>19<br>20       Defendants. | CASE NO. CV 07-5068 PSG (PJWx)<br>**EX PARTE APPLICATION OF DEFENDANTS OCCIDENTAL PETROLEUM CORPORATION AND OCCIDENTAL PERUANA, INC. FOR AN ORDER ALLOWING QUINN EMANUEL URQUHART & SULLIVAN, LLP TO WITHDRAW AS CO-COUNSEL; DECLARATION OF DANIELLE L. GILMORE**<br>**[Proposed Order lodged separately]**<br>Honorable Philip S. Gutierrez |

1  Pursuant to Local Rule 83-2.9.2, Defendants Occidental Petroleum
2  Corporation and Occidental Peruana, Inc. ("Defendants") respectfully apply to this
3  Court for an order allowing Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn
4  Emanuel") to withdraw as co-counsel in the above referenced action.

5  Defendants, who have been represented by more than one firm throughout
6  these proceedings, have determined to proceed at this time with one only one firm
7  as counsel of record in this matter. *See* Declaration of Danielle L. Gilmore, ¶ 2.
8  Accordingly, Defendants have authorized Quinn Emanuel and the individual
9  current and former attorneys from Quinn Emanuel who have entered appearances in
10 this matter to withdraw as counsel for Defendants. *Id*. Defendants will continue to
11 remain represented by Munger, Tolles & Olson LLP in this matter, *id*., and granting
12 this application will thus not leave a corporate party unrepresented by counsel. *Cf.*
13 Local R. 83-2.10 (corporations may not appear pro se); Local R. 9.2.3 (withdrawal
14 cannot ultimately leave a corporation unrepresented). Granting this application also
15 will not cause any delay in the proceedings and will not cause any prejudice to
16 Plaintiffs. Declaration of Danielle L. Gilmore, ¶ 3. *Cf.* Local R. 83-2.9.2.4 (absent
17 good cause, withdrawal that would cause delay will not be approved). Defendants
18 have provided notice of the date and substance of this application to Plaintiffs'
19 counsel, who indicated that they do not oppose this application. Declaration of
20 Danielle L. Gilmore, ¶ 4.

21 Accordingly, the Court should enter an order allowing Quinn Emanuel
22 Urquhart & Sullivan, LLP, and the individual attorneys from that firm who have
23 appeared in this matter, to withdraw as co-counsel for Defendants.

24 DATE: May 30, 2013                     Respectfully submitted,

25                                        QUINN EMANUEL URQUHART
                                          & SULLIVAN, LLP
26                                        By: _____
                                                Danielle L. Gilmore
27                                        Co-counsel for Defendants Occidental
                                          Petroleum Corporation and Occidental
28                                        Peruana, Inc.

- 1 -
EX PARTE APP. FOR ORDER ALLOWING QUINN EMANUEL TO WITHDRAW AS CO-COUNSEL

## DECLARATION OF DANIELLE L. GILMORE

I, Danielle L. Gilmore, do hereby declare as follows:

1. I am a member of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, which firm is listed in this Court's docket as co-counsel of record for Defendants Occidental Petroleum Corporation and Occidental Peruana, Inc. ("Defendants") in *Carijano, et al. v. Occidental Petroleum Corp., et al.*, No. CV 07-5068 PSG (PJWx). I am a member in good standing of the bar of this Court. I submit this declaration in support of the "Ex Parte Application of Defendants Occidental Petroleum Corporation and Occidental Peruana, Inc. for an Order Allowing Quinn Emanuel Urquhart & Sullivan, LLP to Withdraw as Co-Counsel." The matters set forth herein are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2. Defendants have been represented by more than one firm throughout these proceedings, both in this Court and in the Ninth Circuit. Defendants have determined to proceed at this time with one only one firm as counsel of record in this matter, and Defendants have therefore authorized Quinn Emanuel Urquhart & Sullivan, LLP, and the individual attorneys from that firm who have entered appearances in this matter, to withdraw as counsel for Defendants. Defendants will continue to remain represented by Munger, Tolles & Olson LLP in this matter.

3. Granting this application will not cause any delay in the proceedings and will not cause any prejudice to Plaintiffs.

4. Defendants provided notice of the date and substance of the proposed ex parte application to Marco Simons, one of Plaintiffs' counsel in this matter, by

/ / /
/ / /
/ / /
/ / /
/ / /

1  email on May 23, 2013, and Plaintiffs' counsel indicated by reply email on May 23,
2  2013 that Plaintiffs do not oppose this application.
3       I declare under penalty of perjury that the foregoing is true and correct.
4       Executed at Los Angeles, California, on May 30, 2013

                                                */s/ Danielle L. Gilmore*
                                                Danielle L. Gilmore