1  PAUL HOFFMAN (State Bar No. 71244)
   hoffpaul@aol.com
2  SCHONBRUN DeSIMONE SEPLOW
   HARRIS & HOFFMAN LLP
3  723 Ocean Front Walk
4  Venice, California 90291
   Telephone: (310) 396-0731
5  Facsimile: (310) 399-7040

6  Attorneys for Plaintiffs

7  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
8  MUNGER, TOLLES & OLSON LLP
9  560 Mission Street, 27th Floor
   San Francisco, CA 94105-2907
10 Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
11
   Attorneys for Defendants
12 OCCIDENTAL PETROLEUM CORPORATION
   and OCCIDENTAL PERUANA, INC.
13

14 (Additional counsel on next page)

15             UNITED STATES DISTRICT COURT

16      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
17

| TOMAS MAYNAS CARIJANO, et al., | CASE NO. CV 07-5068 PSG (PJWx) |
|---|---|
| Plaintiffs, | **NOTICE OF MANUAL FILING** |
| vs. | Honorable Philip S. Gutierrez |
| OCCIDENTAL PETROLEUM CORPORATION; OCCIDENTAL PERUANA, INC., | |
| Defendants. | |

1  DANIEL P. COLLINS (State Bar No. 139164)
   daniel.collins@mto.com
2  MUNGER, TOLLES & OLSON LLP
3  355 South Grand Avenue, 35th Floor
   Los Angeles, California 90071-1560
4  Telephone: (213) 683-9100
   Facsimile: (213) 687-3702
5
   Attorneys for Defendants
6  OCCIDENTAL PETROLEUM CORPORATION
   and OCCIDENTAL PERUANA, INC.
7

8  BENJAMIN SCHONBRUN (State Bar No. 118323)
   schonbrun.ben@gmail.com
9  MICHAEL D. SEPLOW (State Bar No. 150183)
10 mseplow@gmail.com
   SCHONBRUN DeSIMONE SEPLOW
11 HARRIS & HOFFMAN LLP
   723 Ocean Front Walk
12 Venice, California 90291
13 Telephone: (310) 396-0731
   Facsimile: (310) 399-7040
14
   MARCO SIMONS (State Bar No. 2373141)
15 marco@earthrights.org
   RICHARD HERZ
16 rick@earthrights.org
17 JONATHAN KAUFMAN
   jonathan@earthrights.org
18 BENJAMIN HOFFMAN
   benjamin@earthrights.org
19 MARISSA VAHLSING
   marissa@earthrights.org
20 EARTHRIGHTS INTERNATIONAL
21 1612 K Street NW, Suite 401
   Washington, D.C. 20006
22 Telephone: (202) 466-5188
   Facsimile: (202) 466-5189
23
24 NATALIE BRIDGEMAN FIELDS (State Bar No. 223717)
   natalie@ihrlaw.com
25 LAW OFFICES OF NATALIE BRIDGEMAN FIELDS
   8 California Street, Suite 650
26 San Francisco, California 94111
   Telephone: (415) 412-6704
27 Facsimile: (415) 520-0140
28 Attorneys for Plaintiffs

1  Please take notice that all Defendants and all Plaintiffs (collectively, the
2  "Parties") are manually filing the following documents under seal:
3      (1) the Parties' Notice of Motion and Unopposed Joint Motion
4  ("Motion");
5      (2) the Memorandum of Points and Authorities in Support of the
6  Motion, and Proposed Order; and
7      (3) the declarations of Marco Simons and Jerome C. Roth in support of
8  the Motion, an additional declaration in support of the Motion, and any exhibits
9  thereto; and
10     (4) the Parties' Joint Application to File Documents Under Seal, and
11 Proposed Order.
12     Pursuant Civil Local Rule 79-5, the aforementioned documents, and
13 any accompanying exhibits, have been lodged with the Court in separate, sealed
14 envelopes with a copy of the title page of each document attached to the front of
15 each envelope.

DATED: July 10, 2013

SCHONBRUN DeSIMONE SEPLOW
HARRIS & HOFFMAN LLP

By: /s/ *Paul Hoffman*
      Paul Hoffman

Attorneys for Plaintiffs

DATED: July 10, 2013

MUNGER, TOLLES & OLSON LLP

By: /s/ *Jerome C. Roth*
      Jerome C. Roth

Attorneys for Defendants OCCIDENTAL
PETROLEUM CORPORATION and
OCCIDENTAL PERUANA, INC.

## Filer's Attestation

I, Jerome C. Roth, attest that Paul Hoffman concurs in the filing's content and has authorize the filing.

DATED: July 10, 2013

MUNGER, TOLLES & OLSON LLP

By: /s/ *Jerome C. Roth*
       Jerome C. Roth

Attorneys for Defendants OCCIDENTAL PETROLEUM CORPORATION and OCCIDENTAL PERUANA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a true and correct copy of the foregoing Notice of Manual Filing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated: July 10, 2013

/s/ *Jerome C. Roth*

Jerome C. Roth

California State Bar No. 159483
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
jerome.roth@mto.com

Attorneys For Defendants OCCIDENTAL PETROLEUM CORPORATION and OCCIDENTAL PERUANA, INC.